

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Ex parte Jaime Alexander Blanco

Appellate case number:        01-17-00383-CR

Trial court case number:      96-DCR-027953

Trial court:                  240th District Court of Fort Bend County

This Court's August 22, 2017 Order of Continuing Abatement had abated and remanded this case for the district court to enter a signed certification of appellant's right to appeal the order on writ of habeas corpus and motion to set aside the plea agreement, signed on May 25, 2017. On October 5, 2017, the district clerk filed a third supplemental clerk's record with an affidavit of the deputy clerk stating that the district court had not yet signed the proposed certification. Then on October 10, 2017, the district clerk filed a fourth supplemental clerk's record including, among other things, the trial court's signed certification stating that appellant has a right to appeal, which complies with this Court's August 22, 2017 Order. The records are now complete.

Accordingly, the Clerk of this Court is directed to **REINSTATE** this case. After a review of the records, the Court determines that it does not desire briefing. *See* TEX. R. APP. P. 31.1.

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
           ☑ Acting individually    ☐ Acting for the Court
Date: October 17, 2017